# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                            Case No:   6:24-cv-977-JSS-LHP

JEANETTE DELGADO,

      Defendant

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** UNITED STATES' MOTION TO ENLARGE TIME TO EFFECT SERVICE OF PROCESS (Doc. No. 12)
>
> **FILED:** August 30, 2024
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The deadline for the United States to effect service of process is extended up to and including **October 21, 2024**. Fed. R. Civ. P. 4(m). No other deadlines are extended by this Order.

**DONE** and **ORDERED** in Orlando, Florida on September 6, 2024.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties